

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Mark A. Beall, | § | No. 08-16-00213-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | County Court at Law No. 2 |
|  | § |  |
| Central City Austin Church, | § | of Travis County, Texas |
|  | § |  |
| Appellee. | § | (TC# C-1-CV-16-004298) |
|  | § |  |

## **O R D E R**

Pending before the Court is Appellant's motion to enforce the law of acquiescence. To the extent Appellant is requesting the Court to consider affidavits or other evidence which is not part of the clerk's record or reporter's record, the motion is denied. In reviewing the issues presented on appeal, the Court is limited to considering the appellate record.

IT IS SO ORDERED this 3rd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.